| NORTH CAROLINA | * | |
|---|---|---|
| MECKLENBURG COUNTY | * | SWORN AFFIDAVIT |
| | * | |

Genis Pegues, being firs duly sworn, deposes and say as follows:

1. I am an adult citizen and resident of Mecklenburg County North Carolina

2. I witness Judge Paul C. Ridgeway, Senior Resident Judge of Wake County Superior Court abuse and unconstitutional behavior on January 12, 2022 towards Valerie Arroyo, when she challenge the evidence and demand a jury trial in the matter in 21-CVS-9360

3. I witness David R Johnson, Deputy of Counsel of North Carolina State Bar abuse his authority, position, and power on January 12, 2022, his bad faith, refusing to disclose to the opposing counsel why he submitted a different case, different parties from U.S. District Court of the Greensboro Division.

4. I witness abuse, intimidation, threats and set up by the North Carolina State Bar and Judge Paul C Ridgeway to issue the preliminary injunction against Ms. Arroyo no matter the rule of law, and the Judge dismissal of the counterclaim despite another Superior Judge in October 2021, on this rule this Court has subject matter and personal jurisdiction over this case and the case does state claim

5. I witness Ms. Arroyo arguing that she has power of attorney over her husband and she only fill out the complaint form on my case as my office manager; and we all argue on all of our cases with

Exhibit E

North Carolina Industrial Commission and this same Deputy Commissioner David Hullender dismiss all of our cases with prejudice and initiated this complaint from back in 2020; the investigator never found any wrong doing by Ms. Arroyo

6. I witness Judge Paul C Ridgeway show his anger towards Ms. Arroyo when she challenge or question why the North Carolina attorney General Office not appearing or bring any civil or criminal charges against her. Due to Ms., Arroyo is not a license attorney or N.C. State certified paralegal, the North Carolina State Bar has jurisdiction over license attorneys and paralegals of the State of North Carolina.

7. I witness the Judge Ridgeway threaten to hold Ms. Arroyo in contempt when she challenge the validation of the evidence that the North Carolina State Bar submitted to this Court. The sworn affidavit without any notary seal and the verification does not indicate Ms. Arroyo found guilty or there is any probable cause for any unauthorized practice of law

8. I witness and heard that this Judge was change at the last minute to make sure that the State of North Carolina receive the outcome of the preliminary injunction be issued and the counterclaim dismiss with prejudice.

9. I also heard and witness Judge Paul C Ridgeway state his only purpose and his presence is to issue preliminary injunction and dismiss the counterclaim with prejudice, and he never address the unfair and deceptive practice by the N.C. State Bar or the other case entered into this case.

This 23rd day of March 2022

*signature*
Genis Pegues, Witness

STATE OF NORTH CAROLINA

COUNTY OF MECKLENBURG

Sworn to and subscribed before me, this

The 23rd day of March, 2022.

*signature*

Notary Public

My Commission Expires: 01/23/2023



Carson Windham
NOTARY
★
PUBLIC
Mecklenburg County, NC

3