IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WEST DIVISION

NO. 5:22-CV-161-FL

| | | |
|---|---|---|
| VALERIE ARROYO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| STATE OF NORTH CAROLINA, | ) | |
| Department of Justice, and UNITED | ) | |
| STATES, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on plaintiff's motion for a scheduling conference and scheduling order (DE 24) and plaintiff's response to the clerk's May 16, 2022, letter directing plaintiff to complete a financial disclosure form (DE 26).[1]

Where defendants have moved to dismiss for lack of jurisdiction and for failure to state a claim (DE 18, 24), the court finds good cause to STAY scheduling conference activities, and entry of a scheduling order, pursuant to Fed. R. Civ. P. 16(b)(2), pending decision on defendants' motions. Therefore plaintiff's motion is DENIED.

In plaintiff's response to the clerk's May 16, 2022, letter, plaintiff asserts she was advised that she does not have to fill out the financial disclosure form because she is "a State North Carolina Public Official." (Pl.'s May 23, 2022, Letter (DE 26) at 1). However, Local Rule 7.3 requires "[a]ll parties to a civil . . . case, whether or not they are covered by the terms of Fed. R. Civ. P.

---

[1] Also pending are plaintiff's motion for preliminary injunction (DE 1-3), her motion to remand (DE 15), and defendants' respective motions to dismiss (DE 18, 30), which will all be addressed by separate order.

7.1, [to] file a corporate affiliate/financial disclosure statement." Therefore, plaintiff is DIRECTED to file a financial disclosure statement, on or before **June 16, 2022.** The clerk is DIRECTED to send to plaintiff a copy of this order accompanied by a form financial disclosure statement. Plaintiff is warned that failure to file a financial disclosure statement as directed herein may result in dismissal of the action.

SO ORDERED, this the 2nd day of June, 2022.

_____
LOUISE W. FLANAGAN
United States District Judge