UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Case No. 5:22-cv-161

| | | |
|---|---|---|
| VALERIE ARROYO, | ) | |
| | ) | |
| Plaintiff | ) | REPLY MEMORANDUM OF LAW IN |
| | ) | SUPPORT OF DEFENDANT STATE OF |
| v. | ) | NORTH CAROLINA'S |
| | ) | MOTION TO DISMISS |
| STATE OF NORTH CAROLINA; | ) | (Fed. R. Civ. P. 12(b)(1), (2), and (6)) |
| UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |

NOW COMES Defendant, State of North Carolina (the "State"), by and through undersigned counsel, and respectfully submits this brief reply in further support of its Motion to Dismiss Plaintiffs' Complaint pursuant to Rules 12(b)(1), (2), and (6) of the Federal Rules of Civil Procedure [D.E. 30].

The State demonstrated in its memorandum of law filed in support of its Motion to Dismiss [D.E. 28] that Plaintiff's Complaint should be dismissed on the basis of sovereign immunity, for lack of subject matter and personal jurisdiction, and for failure to state a claim upon which relief can be granted. Plaintiff, in her response, has failed to present any legal basis (or otherwise) to defeat the State's motion. In fact, Plaintiff's response establishes that the State's motion should be granted in full.

Accordingly, the State stands on its previously filed memorandum of law.

## CONCLUSION

For the foregoing reasons and the reasons previously stated in the State's Memorandum in Law in Support of its Motion to Dismiss, Defendant, State of North Carolina, respectfully requests

that this Court grant its Motion to Dismiss, with prejudice, and dismiss all of the Plaintiffs' claims against it.[1]

This the 15th day of June, 2022.

                                      JOSHUA H. STEIN
                                      ATTORNEY GENERAL

                                      /s/ Matthew Tulchin
                                      Matthew Tulchin
                                      Special Deputy Attorney General
                                      State Bar No. 43921
                                      N.C. Department of Justice
                                      P.O. Box 629
                                      Raleigh, NC 27602
                                      mtulchin@ncdoj.gov
                                      Telephone: (919) 716-6900
                                      Fax: (919) 716-6763

---

[1] Plaintiff also filed a "Motion for Preliminary Injunction" with her Complaint. That motion should be denied for all the reasons previously set forth.

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.2, the undersigned counsel hereby certifies that the countable portion of the foregoing Memorandum, including body, headings, and footnotes, contains less than 500 words as measured by Microsoft Word.

This the 15th day of June, 2022.

/s/ Matthew Tulchin
Matthew Tulchin
Special Deputy Attorney General

# **CERTIFICATE OF SERVICE**

This is to certify that the undersigned has this day served the foregoing REPLY MEMORANDUN OF LAW IN SUPPORT OF DEFENDANT STATE OF NORTH CAROLINA'S MOTION TO DISMISS in the above-captioned case on all parties to this cause by electronically filing the foregoing with the Court using the CM/ECF system.

This the 15th day of June, 2022.

/s/ Matthew Tulchin
Matthew Tulchin
Special Deputy Attorney General