UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION


| | | |
|---|---|---|
| VALERIE ARROYO | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | 5:22-cv-161-FL |
| STATE OF NORTH CAROLINA, | ) | |
| *Department of Justice* and UNITED | ) | |
| STATES | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion sto dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 7, 2022, and for the reasons set forth more specifically therein, defendants' motions to dismiss are GRANTED.

**This Judgment Filed and Entered on October 7, 2022, and Copies To:**
Valerie Arroyo (via CM/ECF Notice of Electronic Filing)
Matthew Tulchin  (via CM/ECF Notice of Electronic Filing)
Sharon C. Wilson (via CM/ECF Notice of Electronic Filing)


October 7, 2022                     PETER A. MOORE, JR., CLERK


                                      /s/ Sandra K. Collins
                                     (By) Sandra K. Collins, Deputy Clerk